# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE E DISTRICT OF PA DISTRICT OF PENNSYLVANIA

IN RE: Christelle Stapleton-Morris | CHAPTER 13
Debtor

BKY. NO. 16-16217 SR

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of Acqura Loan Services as Servicer for Trifera, LLC and index same on the master mailing list.

Respectfully submitted,

**/s/ Matteo S. Weiner, Esquire**
Matteo S. Weiner, Esquire
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106-1532
(215) 627-1322 FAX (215) 627-7734