UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re: :
:
CHRISTELLE STAPLETON-MORRIS : Bankruptcy No.  16-16217SR
:
Debtor(s) : Chapter 13

### ORDER

AND NOW, after notice and hearing, the above-captioned case is hereby Dismissed with Prejudice and debtor is barred from filing another bankruptcy case, either individually or jointly with a spouse, without prior leave of Court.

FOR THE COURT

**Date: January 11, 2018**

Interested parties:

Frederick L. Reigle, Esq.
Standing Chapter 13 Trustee
2901 St. Lawrence Avenue
P. O. Box 4010
Reading, PA 19606-0410

Michael P. Kutzer, Esq.
1420 Walnut Street, Suite 800
Philadelphia, PA 19102

Christelle Stapleton-Morris
135 W. Manheim Street
Philadelphia, PA 19144

George M. Conway, Esq.
Office of the United States Trustee
833 Chestnut Street, Suite 500
Philadelphia, PA  19107