United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 16-16217-jkf
Christelle Stapleton-Morris                                               Chapter 13
         Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2          User: John              Page 1 of 2             Date Rcvd: Jan 11, 2018
                              Form ID: pdf900         Total Noticed: 20

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 13, 2018.
```
db             +Christelle Stapleton-Morris,    135 W. Manheim St.,    Philadelphia, PA 19144-3654
13880987       +Acqura Loan Services,    c/o Matteo S. Weiner, Esquire,    701 Market Street, Suite 5000,
                 Phila., PA 19106-1541
13796268        Capital One Bank (USA), N.A.,    PO Box 71083,    Charlotte, NC 28272-1083
13786409        PECO,   POB 13778,    PHILADELPHIA, Pennsylvania 19101-3778
13786410       +PGW,   PO Box 3500,    Philadelphia, Pennsylvania 19122-0500
13786411        PHEAA,   POB 2461,    HARRISBURG, Pennsylvania 17105-2461
13807967       +Philadelphia Gas Works,    800 W Montgomery Avenue,    Philadelphia Pa 19122-2898,
                 Attn: Bankruptcy Dept 3F
13880234       +Trifera, LLC,    Acqura Loan Services,    c/o MATTEO SAMUEL WEINER,
                 701 Market Street, Suite 5000,    Philadelphia, PA 19106-1541
13880092       +Trifera, LLC,    ClearSpring Loan Services,    18451 N. Dallas Parkway, Suite 100,
                 Dallas, TX 75287-5209
13879167        U. S. Department of Education,    c/o FedLoan Servicing,    P. O. Box 69184,
                 Harrisburg, PA   17106-9184
13786412       +US BANK NATIONAL ASSOCIATION,    425 WALNUT STREET,    CINCINNATTI, Ohio 45202-3989
13786413        WATER REVENUE DEPARTMENT,    POB 41496,    PHILADELPHIA, Pennsylvania 19101-1496
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: bankruptcy@phila.gov Jan 12 2018 03:03:37     City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA 19102-1595
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jan 12 2018 03:03:34     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,   615 Chestnut Street,    Philadelphia, PA 19106-4404
cr              E-mail/Text: bankruptcy@phila.gov Jan 12 2018 03:03:37     City of Philadelphia,
                 Law Revenue Department,    c/o Pamela Elchert Thurmond,    1401 JFK Boulevard,
                 5th Floor, Municipal Services Bldg,    Philadelphia, PA 19102
13786408        E-mail/Text: bankruptcy@phila.gov Jan 12 2018 03:03:38     CITY OF PHILADELPHIA, LAW DEPT,
                 1401 JFK Blvd., Law Department,    PHILADELPHIA, Pennsylvania 19102-1595
13904367       +E-mail/Text: bankruptcy@phila.gov Jan 12 2018 03:03:37
                 CITY OF PHILADELPHIA LAW DEPARTMENT - TAX UNIT,    BANKRUPTCY GROUP - MSB,
                 1401 JOHN F. KENNEDY BLVD, 5TH FLOOR,    PHILADELPHIA, PA 19102-1640
13827726       +E-mail/Text: bankruptcygroup@peco-energy.com Jan 12 2018 03:03:04     PECO Energy Company,
                 Attn: Merrick Friel,    2301 Market Street, S23-1,    Philadelphia, PA 19103-1380
13795009        E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jan 12 2018 03:03:09
                 Pennsylvania Department of Revenue,    Bankruptcy Division  PO Box 280946,
                 Harrisburg PA   17128-0946
13879329       +E-mail/Text: bncmail@w-legal.com Jan 12 2018 03:03:27     Trifera, LLC,
                 c/o Weinstein & Riley, P.S.,    2001 Western Avenue, Suite 400,    Seattle, WA 98121-3132
                                                                                               TOTAL: 8
```

```
              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
smg*            Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA   17128-0946
cr*            +Trifera, LLC,    c/o Weinstein & Riley, P.S.,    2001 Western Avenue, Suite 400,
                 Seattle, WA 98121-3132
                                                                                   TOTALS: 0, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 13, 2018                                     Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
District/off: 0313-2              User: John                 Page 2 of 2                  Date Rcvd: Jan 11, 2018
                                  Form ID: pdf900            Total Noticed: 20
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 11, 2018 at the address(es) listed below:

        FREDERICK L. REIGLE    ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com
        MATTEO SAMUEL WEINER    on behalf of Creditor    Trifera, LLC bkgroup@kmllawgroup.com
        MICHAEL P. KUTZER    on behalf of Debtor Christelle  Stapleton-Morris mpkutzer1@gmail.com
        PAMELA ELCHERT THURMOND    on behalf of Creditor    City of Philadelphia pamela.thurmond@phila.gov,
        james.feighan@phila.gov
        POLLY A. LANGDON    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
        ecf_frpa@trustee13.com
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
        TOTAL: 6

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | : |
| | : |
| CHRISTELLE STAPLETON-MORRIS | : Bankruptcy No. 16-16217SR |
| | : |
| Debtor(s) | : Chapter 13 |

ORDER

AND NOW, after notice and hearing, the above-captioned case is hereby Dismissed with Prejudice and debtor is barred from filing another bankruptcy case, either individually or jointly with a spouse, without prior leave of Court.

FOR THE COURT

**Date: January 11, 2018**

Interested parties:

Frederick L. Reigle, Esq.
Standing Chapter 13 Trustee
2901 St. Lawrence Avenue
P. O. Box 4010
Reading, PA 19606-0410

Michael P. Kutzer, Esq.
1420 Walnut Street, Suite 800
Philadelphia, PA 19102

Christelle Stapleton-Morris
135 W. Manheim Street
Philadelphia, PA 19144

George M. Conway, Esq.
Office of the United States Trustee
833 Chestnut Street, Suite 500
Philadelphia, PA  19107